**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7077**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

HAFAN ANTONIO RILEY,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:12-cr-00251-JFA-1)

_____

Submitted:  July 6, 2023                                    Decided:  July 13, 2023

_____

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Hafan Antonio Riley, Appellant Pro Se.  William Kenneth Witherspoon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hafan Antonio Riley appeals the district court's order granting in part his motion for compassionate release and reducing his sentence by 12 months. On appeal, Riley disputes the court's decision not to grant an even greater reduction. Upon review of the record, we discern no abuse of discretion in the district court's determination that, under the pertinent 18 U.S.C. § 3553(a) sentencing factors, only a 12-month reduction was warranted. *See United States v. Kibble*, 992 F.3d 326, 329-31 (4th Cir. 2021) (providing standard of review and outlining steps for evaluating compassionate release motions). Accordingly, we affirm the district court's order and deny as moot Riley's motion to expedite decision.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent Riley moves to seal or redact certain documents, we deny this request without prejudice to seeking such relief in the district court. We express no opinion on the merits of any such motion.